NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES HAMILTON, DOC #T05950,          )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No. 2D18-2083
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____ )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Charles Hamilton, pro se.


PER CURIAM.


                    Affirmed.


VILLANTI, SLEET, and LUCAS, JJ., Concur.